UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID L. WILLIAMS, SR. (#21184)

VERSUS

THE ADVOCATE, ET AL.

CIVIL ACTION

NO. 16-483-JJB-RLB

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated December 27, 2016 (doc. no. 5). The plaintiff has filed an objection which is without merit and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the claims of plaintiff David L. Williams, Sr. are DISMISSED, with prejudice, as legally frivolous, and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A. To the extent plaintiff is asserting any state law claims, those shall be DISMISSED, without prejudice. Further, the claims of Nancy D. Stewart are DISMISSED, without prejudice, for failure to correct the deficiencies of which she was notified, including failure to pay the filing fee.

Baton Rouge, Louisiana, this 11th day of January, 2017.

JAMES J. BRADY, U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA